ORIGINAL

# In The United States Court of Federal Claims

ECF

RECEIVED
APR 12 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

CINDY MICHELS, ET AL.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] FRANK A. LUKASIK

Firm Name: FRANK A. LUKASIK, J.D.

06-290 C

Post Office Box:

Street Address: 1609 GOLDEN RIDGE DRIVE

City-State-Zip: THE VILLAGES, FL 32162

Telephone & Facsimile Numbers: (352) 205-7454

E-mail address: FLPATLAW@COMCAST.NET

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 5 1 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: C O M

**See attached Sheet for three digit code.**

Amount Claimed: $ TO BE DETERMINED

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005

ORIGINAL

# LIST OF PLAINTIFFS

1. Abbondandolo, Robert
2. Adams, Thomas F.
3. Aldus, Richard E.
4. Aldus, Anita L.
5. Austin, Charles W.
6. Hill. Jamie R.
7. Kurtz, John G.
8. Michels, Cindy

9 Septer, Donald R.

10. Simeri, Patrick J.
11. Smith, Jr., Joseph H.