# In the United States Court of Federal Claims

| | | |
|---|---|---|
| CINDY MICHELS, et al., Plaintiffs, | ) | No. 06-290 C |
| v. | ) | Filed July 6, 2006 |
| THE UNITED STATES, Defendant. | ) | |

## ORDER

On June 29, 2006, plaintiffs submitted for filing an opposition to defendant's motion to dismiss, entitled "Reply Brief of Cindy Michels, et al.," in paper form. This case, however, has been designated as an electronic case in the court's case management/electronic case filing ("CM/ECF") system. *See* Notice of Designation of Electronic Case (docket entry 3, April 12, 2006). In addition, plaintiffs' opposition did not contain a table of contents or index to the appendix or appendices to the brief, as required by Rule 5.2(a)(1)(A) of the Rules of the Court of Federal Claims ("RCFC"). Plaintiffs' opposition brief did not contain a certificate of service as required by RCFC 5.1, and defendant's counsel confirmed that he has not received a copy of plaintiffs' brief.

Upon the request of plaintiffs' counsel and having consulted with counsel for the parties, the Court concludes that this case should be converted from a CM/ECF case to a paper-filing case. Plaintiffs' opposition brief, entitled "Reply Brief of Cindy Michels, et al.," shall be FILED BY LEAVE OF THE COURT without correction of the above-listed defects. For the purposes of **plaintiffs' opposition brief only** (and no future filings by plaintiffs), chambers staff will cause two of the excess copies of the brief provided by plaintiffs to be delivered to defendant's counsel. Defendant's time to file its reply brief shall run from **three days after chambers staff mails or otherwise transmits plaintiffs' brief to defendant's counsel**.

All future filings in this case shall be made in paper form in accordance with the RCFC. All of plaintiffs' future filings shall comply in form and content with the requirements of the RCFC. In particular, **plaintiffs shall cause all future filings to be served upon defendant's counsel** in accordance with RCFC 5 and all of plaintiffs' future filings **shall contain a certificate of service** in accordance with RCFC 5.1. The Court will reject any filing that fails to comply with these requirements and cause the filing to be returned to plaintiffs' counsel for

correction of any defects.

The Clerk shall CONVERT THIS CASE TO A PAPER CASE, effective upon the date of filing of this Order.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge